IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Davina Rose Smith, | ) | Case No. 1:21-cr-030 |
| | ) | |
| Defendant. | ) | |

On January 23, 2026, Defendant filed a Motion for Furlough. (Doc. No. 83). She requested to be temporarily released on January 29, 2026, so that she can participate in a chemical dependency evaluation at the Good Road Recovery Center in Bismarck North Dakota.

On January 26, 2026, the court issued an order temporarily releasing Defendant to the third-party custody Good Road Recovery staff for transport to and from her chemical dependency evaluation. (Doc. No. 84). The United States marshal has since informed the court that Defendant currently has an active warrant for her arrest in Ward County.

As the state would take custody of Defendant pursuant to its warrant upon her release from federal custody, preventing Defendant from traveling to the Good Road Recovery Center for her chemical dependency evaluation, the court **VACATES** its previous order granting Defendant's motion for furlough. Defendant shall remain the custody of the United States marshal pending further order.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court